Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Southern__ District of __Georgia__
__Waycross__ Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2025 AUG 18 A 11: 08
CLERK __C. Robinson__
SO. DIST. OF GA.

Davey Green

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Blackshear Polices Department
Charlie Wichman /301
Gregory Nettles /123

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. __5:25cv80__
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Davey Green
   Address: 115 West 18th St.
   Alma, GA 31510
   City / State / Zip Code
   County: Bacon
   Telephone Number:
   E-Mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Blackshear Police Department
   Job or Title (if known): Blackshear Department
   Address: 219 Nichols street
   Blackshear, GA 31516
   City / State / Zip Code
   County: Pierce
   Telephone Number: (912) 449-7011
   E-Mail Address (if known):

   [✓] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name: Charlie Wichman / 301
   Job or Title (if known): Police Officer
   Address: 219 Nichols street
   Blackshear, GA 31516
   City / State / Zip Code
   County: Pierce
   Telephone Number:
   E-Mail Address (if known):

   [✓] Individual capacity   [✓] Official capacity

Defendant No. 3
Name: Gregory Nettles / 123
Job or Title (if known): Police Officer
Address: 219 Nichols Street
City: Blackshear   State: GA   Zip Code: 31516
County: Pierce
Telephone Number:
E-Mail Address (if known):

☑ Individual capacity   ☑ Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Address:
City:   State:   Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th amendment 5th amendment 14th amendment, Brady violation Unlawful Confiscation, Unlawful Arrest, Malicious Prosecution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 4th amendment, 5th amendment, 14th amendment, Brady violation Unlawful Confiscation, Unlawful Arrest, Malicious Prosecution

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Officer Charlie Wichman and Gregory Nettles of Blackshear Polices Department violated my constitutional Rights. Officer Charlie Wichman and Gregory Nettles Violated, 4th amendment, 5th amendment 14th amendment Brady violation, Unlawful Confiscation, Unlawful arrest, Malicious prosecution

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? On Date July 30, 2020 I was pulled over in Blackshear, GA on Napier St. for a traffic stop, officer Charlie Wichman called officer Gregory Nettles to the scene. My son J. Green ask officer, Charlie Wichman can he leave to go get his backpack, Officer Charlie Wichman let J. Green leave the scene No backpack never came from passenger window. Officer, Charlie Wichman and Greg Nettles Fabricated their stories, Body-cam footage show Backpack never came from passenger window.

B. What date and approximate time did the events giving rise to your claim(s) occur?

On Date July 30, 2020 on Napier St. Blackshear, GA

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I Davey Green on July 30, 2020 I was falsely Arrested in Blackshear, GA I was Deprive of my Rights, life and liberty.

Witness, J. Green

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional Distress

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Compensatory Damages & Punitive Damages
25,000,000   non-economic Damages

Wherefore, Plaintiff respectfully requests that this Court Grant the following relief: Compensatory damages: in the amount of $25,000,000 representing the actual financial losses incurred by the Plaintiff as a direct result of Defendant actions. Punitive Damages: Against the Defendant in an amount deemed appropriate by the Court, to punish the Defendant for their egregious conduct and deter similar Actions in the Future.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug-11-25

Signature of Plaintiff: Davey Green
Printed Name of Plaintiff: Davey Green

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
        City        State        Zip Code
Telephone Number: _____
E-mail Address: _____



Dewey Green
115 west 18th St.
Elma, GA 31510

JACKSONVILLE RPDC 320
13 AUG 2025 AM 3 L

U.S. District Court Clerk
801 Gloucester St, #222
Brunswick, GA 31520

INSPECTED BY
AUG 18 2025
U.S. Marshals Service/SGA

31520-707172

Legal Mail