IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DAVEY GREEN,

    Plaintiff,

v.

BLACKSHEAR POLICE DEPARTMENT,
CHARLIE WICHMAN, and GREGORY
NETTLES,

    Defendants.

CIVIL ACTION NO.: 5:25-cv-80

**O R D E R**

    After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 15), to which Plaintiff has filed Objections, (doc. 16). In his Objections, Plaintiff contends that: (1) the Magistrate Judge's Report should be rejected because the Magistrate Judge prepared the Report without having access to body-camera evidence related to Plaintiff's arrest in 2020; (2) the Magistrate Judge erroneously concluded that Plaintiff's arrest was lawful; and (3) the Magistrate Judge overlooked Plaintiff's malicious prosecution claim. (Doc. 16, pp. 2–4.) None of Plaintiff's Objections are responsive to the Magistrate Judge's recommendation that the Court dismiss Plaintiff's case because it is untimely. (Doc. 15.) Plaintiff offers nothing in his Objections indicating the Magistrate Judge's Report and Recommendation is clearly erroneous or contrary to law. Fed. R. Civ. P. 72.

    The Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of this Court. The Court **DISMISSES** Plaintiff's

Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

  **SO ORDERED**, this 19th day of November, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA